UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID GILBERT** <br><br> **VERSUS** <br><br> **GULF OFFSHORE LOGISTICS, L.L.C., ET AL.** | **CIVIL ACTION NO.: 19-13675** <br><br> **SECTION: "B" (3)** <br><br> **DISTRICT JUDGE IVAN L.R. LEMELLE** <br><br> **MAGISTRATE JUDGE DANA M. DOUGLAS** |

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

    **NOW INTO COURT**, through undersigned counsel, comes Plaintiff, David Gilbert, who respectfully requests that this Honorable Court issue an order compelling Defendants, REC Marine Logistics, LLC and Offshore Transport, LLC, to respond to the discovery requests propounded by Plaintiff. Plaintiff provided Defendants with an extension to supplement their responses and to produce documents that they agreed to provide, but this deadline has long passed. Plaintiff has sent follow-up correspondence requesting the supplemental responses and documents responsive to the requests for production propounded upon Defendants, but they have provided nothing more than promises of forthcoming documents. As such, Plaintiff seeks an order compelling Defendants to respond to Plaintiff's discovery requests.

    Plaintiff certifies, pursuant to Rule 37(a)(1), that he has in good faith conferred with Defendants, but was unable to resolve this matter.

    **WHEREFORE**, and for the reasons more fully set forth in the Memorandum in Support, Plaintiff requests that this Court issue an order compelling Defendants, REC Marine Logistics, LLC and Offshore Transport, LLC, to respond to the discovery requests propounded by Plaintiff.

Respectfully submitted:

_____
**C. ARLEN BRAUD, II (#20719)**
**MICHELLE O. GALLAGHER (#23886)**
**STEVEN D. JACKSON (#35841)**
Braud & Gallagher, L.L.C.
111 N. Causeway Blvd, Ste. 201
Mandeville, LA 70448
Telephone: (985) 778-0771
Facsimile: (985) 231-4663
arlenb@braudandgallagher.com
michelleg@braudandgallagher.com
stevenj@braudandgallagher.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2020, I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

_____
**STEVEN D. JACKSON**