

Attorneys at Law
111 N. Causeway Boulevard, Ste. 201
Mandeville, Louisiana 70448

C. Arlen Braud, II\*  
Michelle O. Gallagher  
Steven D. Jackson  
\*Admitted in TX  

Telephone: (985) 778-0771  
Facsimile: (985) 231-4663  
arlenb@braudandgallagher.com  
michelleg@braudandgallagher.com  
stevenj@braudandgallagher.com  

March 24, 2020

**VIA EMAIL ONLY:** *fsalley@acadiacom.net*
Fred E. Salley
Salley & Associates
77378 Hwy 1081
Covington, Louisiana 7045

   Re: *David Gilbert v. Gulf Offshore Logistics, L.L.C., et al.* | USDC-EDLA | CA #19-13675 | Div. "B"(3) | Our File No.: 6216

Dear Fred:

  On January 2, 2020, we propounded *Plaintiff's First Set of Interrogatories and First Request for Production of Documents* to your clients. We are in receipt of Defendants' Answers to Plaintiff's Request for Production of Documents on or about January 14, 2020. You have failed to answer and/or fully respond to and to the following:

**Plaintiff's First Set of Interrogatories –** You have failed to respond;

**Request for Production No. 1** - You have failed to provide Plaintiff with the requested information;

**Request for Production No. 2** - You have failed to produce the requested information. We requested all logs (boat logs, engine room logs, maintenance logs, inspection logs, rough logs, etc.) from the M/V DUSTIN DANOS for the two months prior to the incident at issue and one month after said incident;

**Request for Production No. 3** - You have failed to provide Plaintiff with any and all U.S. Coast Guard certifications in effect for the M/V DUSTIN DANOS at the time of the incident at issue;

**Request for Production No. 4** - You have failed to provide Plaintiff with the requested information. We requested any and all safety manuals, safety programs and/or procedural manuals applicable to the crew of the M/V DUSTIN DANOS at the time of the incident at issue;

EXHIBIT C

**Request for Production No. 5** - You have failed to provide Plaintiff with the complete personnel file of Plaintiff;

**Request for Production No. 6** – You have failed to provide Plaintiff with any and all accident reports, root cause analysis reports, investigation reports, near-miss reports, damage reports and personal injury reports related to or involving the Plaintiff.  In Defendants' Witness and Documents List, it provides for an Incident Report and Attachments of the –th  November 2019;

**Request for Production No. 8** - You have failed to provide Plaintiff with any and all statements taken regarding the incident at issue;

**Request for Production No. 9** - You have failed to provide Plaintiff with the requested information, which could lead to the discovery of relevant evidence;

**Request for Production No. 10** - You have failed to provide Plaintiff with any and all payroll records;

**Request for Production No.  11**- You have failed to provide Plaintiff with the information regarding Plaintiff's claims file related to his request for maintenance and cure;

**Request for Production No. 12 & 13 -** You have failed to produce any photographs, videos, diagrams and/or sketches of the M/V DUSTIN DANOS and/or accident scene related to the incident at issue;

**Request for Production No. 14** - You have failed to provide Plaintiff with any and all orientation, training and operations manuals, videos or handbooks used by Defendants and/or provided to Plaintiff;

**Request for Production No.  15**- You have failed to provide Plaintiff with any and all recorded or written statements taken;

**Request for Production No. 16** - You have failed to produce any and all work orders, repair records, maintenance records and/or invoices showing any repair or maintenance work performed on the M/V DUSTIN DANOS in the two months prior to the incident at issue and the one month after the incident at issue;

**Request for Production No. 18** - You have failed to provide Plaintiff any and all correspondence, e-mails, memos and/or other documents regarding Plaintiff's incident at issue and/or his injuries. If you are alleging any of the withheld documents are privileged, please provide a privilege log;

**Request for Production No. 19** - You have failed to provide Plaintiff with the requested documents;

**Request for Production No. 20** - You have failed to provide Plaintiff with any and all insurance policies covering the M/V DUSTIN DANOS and/or Defendants;

**Request for Production No. 21**- You have failed to provide Plaintiff with the requested documents;

**Request for Production No. 25**- You have failed to provide Plaintiff with the requested documents;

**Request for Production No. 27**- You have failed to provide Plaintiff with the requested documents;

**Request for Production No. 28 & 29** – You have failed to provide Plaintiff with any and all minutes of safety meetings, Job Safety Analysis (JSA) meetings and/or Job Safety Environmental Analysis (JSEA) meetings for the months of September, October and November, 2019 and all signed by Plaintiff;

**Request for Production No. 31**- You have failed to provide Plaintiff with any and all records of job duties performed by Plaintiff;

**Request for Production No. 33**- You have failed to provide Plaintiff with any and all documents obtained from third parties by subpoena, records request or otherwise that pertain in any way to Plaintiff, his injurie and/or this litigation; and

**Request for Production No. 34**- You have failed to provide Plaintiff with any and all documentation in your possession evidencing prior litigation involving the Plaintiff.

In an effort to obtain complete answers to this discovery, I am scheduling a Rule 37 telephone discovery conference for Tuesday, March 31, 2020, at 10:30 A.M. Please note that we will initiate the call. If this date and/or time does not work for you, please let my secretary, Tiffany Wheatley, know by close of business today and provide an alternate date/time.

If you have any questions, please contact our office.

With best regards,

C. Arlen Braud, II

CAB/tlw