| | |
|---|---|
| **From:** | Steven Jackson |
| **To:** | "fsalleyA" |
| **Cc:** | Arlen Braud; "Tiffany" |
| **Subject:** | RE: FW: David Gilbert v. Gulf Offshore Logistics, LLC, et al. | USDC-EDLA | CA #19-13675 |
| **Date:** | March 31, 2020 1:34:04 PM |
| **Attachments:** | image001.jpg |
| | image002.jpg |

Fred,

You beat me to the punch. Below is my recollection of our conversation during the discovery conference earlier today, if it does not match up to yours please let me know:

*RFP No. 1 – you indicated that you would provide information related to criminal background check/search.*

*RFP No. 2 – you indicated that you would provide logs surrounding the alleged incident date, but less than we requested. I advised that we would review your submission and then if we want more that we would come back to you to discuss.*

*RFP No. 3 – you indicated that you would provide the Coast Guard certifications*

*RFP. No. 4 – you indicated that you would provide the safety manual for the company*

*RFP No. 5 – you indicated that it will be small because of the nature of his employment with the company, but you would provide what they have*

*RFP No. 6 – you indicated that you will provide the paperwork you got from the company*

*RFP No. 14 – this should be resolved by the information provided in response to No. 4*

*RFP No. 17 – you indicated that you have 1 record from clinic in the Bayou that you could provide*

*RFP No. 18 – you indicated that there is none to your knowledge so there is no need to provide a privilege log…please revise your response*

EXHIBIT D

*RFP No. 20 – you indicated that you will provide P&I policy applicable to the vessel*

*RFP No. 25 – you indicated that you would provide a representation of the vessel to the extent the company has something*

*RFP Nos. 28/29 – we discussed you revising the responses to represent what we discussed during the conference (in brief, there are none)*

*RFP No. 34 – see RFP No. 1; know of only prior criminal litigation*

You already provided the responses to Interrogatories again as requested, and indicated that you would supplement responses and provide documents on or before April 21, 2020 (3 week extension).

**Regards,**

*Steven D. Jackson*

**Steven D. Jackson**
**Associate Attorney**
**Braud & Gallagher, LLC**
111 N. Causeway Blvd, Ste. 201
Mandeville, Louisiana 70448
Telephone:  (985) 778-0771
Direct Fax:  (985) 249-2662
Toll Free:    (800) 256-5674
Email:  stevenj@braudandgallagher.com