UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID GILBERT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13675** |
| **GULF OFFSHORE LOGISTICS, LLC, ET AL** | **SECTION: "B"(3)** |

### ORDER

Defendants REC Marine Logistics, LLC, Gulf Offshore Logistics, LLC, and Offshore Transport Services, LLC's motion to substitute counsel of record (Rec. Doc. 20) is **GRANTED**.

**IT IS ORDERED** that Fred E. Salley is hereby **WITHDRAWN** as counsel of record for defendants in the above-captioned matter.

**IT IS FURTHER ORDERED** that Salvador J. Pusateri (La. Bar. No. 21036) and Kyle A. Khoury (La. Bar. No. 33216) are hereby **ENROLLED** as counsels of record for defendants in the above captioned matter.

New Orleans, Louisiana, this 8th day of October, 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE