UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID GILBERT**<br>                    **Plaintiff**<br><br>**VERSUS**<br><br>**REC MARINE LOGISTICS, LLC AND OFFSHORE TRANSPORT SERVICES, LLC**<br>                    **Defendant** | **CIVIL ACTION NO: 2:19-cv-13675**<br><br>**DISTRICT JUDGE:**<br>**HON. IVAN L. R. LEMELLE**<br><br>**MAGISTRATE JUDGE:**<br>**HON. DANA M. DOUGLAS** |

## WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, come REC Marine Logistics, LLC ("REC Marine") and Offshore Transport Services, LLC, ("Offshore Transport") (hereinafter sometimes collectively referred to as "Defendants") who submit their Witness and Exhibit List in accordance with this Court's Scheduling Order.

## WITNESS LIST

1. Plaintiff, David Gilbert;

2. Oliver Prince – Captain on M/V DUSTIN DANOS;

3. Mark E. Paul – Captain on M/V DUSTIN DANOS;

4. Shawn Diggs—Deckhand on the M/V DUSTIN DANOS

5. Captain Sam McCain—Captain employed by REC Marine Logistics, LLC who previously worked with the plaintiff

6. Any and all other persons onboard the M/V DUSTIN DANOS on November 4, 2019;

7. Todd Danos, representative of Offshore Transport Services, LLC;

8. Casey Curole, port captain for REC Marine Logistics, LLC;

9. Brian Harris, operations manager for REC Marine Logistics, LLC;

10. Corporate Representative of Offshore Transport Services, LLC;

11. Corporate Representative of REC Marine Logistics, LLC

12. Dr. Brett Casey, orthopedic physician to plaintiff;

13. Medical provider(s) and/or a representative of Occupational Medicine Services, LLC;

14. Medical provider(s) and/or a representative of Beauregard Health System and/or Beauregard Memorial Hospital;

15. Dr. Steven Hale—orthopedic physician to plaintiff who treated plaintiff for knee pain

16. Dr. Craig Morton—physical medicine and rehabilitation physician who treated plaintiff for low back pain

17. Medical provider(s) and/or a representative of Imperial Health Center;

18. Medical provider(s) and/or a representative of Imperial Health Imaging Center;

19. Medical provider(s) and/or a representative of Vernon Correctional Facility Medical Department;

20. Dr. Herbert Reiss Plauche and/or another representative of Covington Orthopedic;

21. Medical provider(s) and/or a representative of Complete Occupational Health Services;

22. Medical provider(s) and/or a representative of Byrd Regional Hospital;

23. Representative of Walmart Pharmacy;

24. Representative of Thriftway Pharmacy #2;

25. Any other medical providers who have examined and/or treated plaintiff at any time prior to or after the alleged incident made the basis of this lawsuit;

26. An as yet to be determined liability and/or surveying expert(s);

27. Nancy Favaloro, vocational rehabilitation expert;

28. Kenneth Boudreaux, Ph.D., and/or Dan M. Cliffe, CPA, and/or J. Stuart Wood, Ph.D., and/or John Page, Ph.D., Economic expert;

29. Any witness needed to authenticate any document or evidence introduced at trial;

30. Any representatives from plaintiff's previous employers;

31. Any witnesses listed by any other party to this litigation;

32. Any witness needed for rebuttal or impeachment; and

33. Any witness identified through further discovery.

Defendants reserve the right to amend this Witness List as discovery is ongoing.

## **EXHIBIT LIST**

1. Personal Incident/Illness Report dated November 4, 2019;

2. Near Miss Report Form completed by Captain Oliver Prince and signed by Captain Prince and the plaintiff;

3. Daily Master Logs for the M/V DUSTIN DANOS;

4. Drills and Safety Meeting Reports for the M/V DUSTIN DANOS for September, October and November 2019;

5. JSAs of the M/V DUSTIN DANOS for September through November 2019;

6. Certificate of Inspection of the M/V DUSTIN DANOS;

7. DUSTIN DANOS PSIX Vessel Information;

8. Personnel file of plaintiff;

9. Criminal records of plaintiff particularly those related to his incarceration beginning on or about 2012;

10. Any and all documentation, statements, receipts, copies of cancelled checks, notes, correspondence, or other documents evidencing medical treatment received by plaintiff;

11. Any pleadings filed in connection with this matter and/or any related matters;

12. Any and all discovery requests, responses and documents produced in relation to this matter;

13. Any expert reports that have not yet been obtained;

14. The stipulations of any party;

15. Any and all documents provided or identified in Initial Disclosures by any other party;

16. Any photographs of the M/V DUSTIN DANOS, including, but not limited to, this referenced during the deposition of Captain Oliver Prince;

17. Any and all exhibits listed or sought to be introduced by any other party to this litigation;

18. The deposition of any witness who is unavailable for trial;

19. Medical and/or pharmacy records of the plaintiff, including, but not limited to, the following:

    a) Dr. Brett Casey/ Gulf Coast Orthopedic Clinic;
    b) Occupational Medicine Services, LLC;
    c) Complete Occupational Health Services;
    d) Beauregard Health System and/or Beauregard Memorial Hospital;
    e) Imperial Health Center;
    f) Imperial Health Imaging Center;
    g) Dr. Steven Hale;
    h) Dr. Craig Morton
    i) Vernon Correctional Facility Medical Department;
    j) Covington Orthopedic or Dr. Herbert Reiss Plauche;
    k) Byrd Regional Hospital;
    l) Walmart Pharmacy;
    m) Thriftway Pharmacy #2;
    j) Lady of the Sea General Hospital

20. Any and all other medical records of plaintiff either prior to or after the incident sued upon;

21. The CV and/or IME report of Dr. Brett Casey;

22. The CV and/or expert report of Nancy Favaloro;

23. The CV and/or expert report of Kenneth Boudreaux, Dan M. Cliffe, J. Stuart Wood, and/or John Page;

24. The CV and/or expert report of any other retained experts, including, but not limited to any liability and/or surveying experts;

25. Plaintiff's payroll records with REC Marine Logistics, LLC;

26. Plaintiff's employment records with REC Marine Logistics, LLC;

27. Plaintiff's prior employment records;

28. Licensing and qualification records of Captain Oliver Prince from the U.S. Coast Guard;

29. Plaintiff's deposition of September 23, 2020;

30. Plaintiff's IRS and/or Social Security Earnings records;

31. Any documents referring to the fair market value of the M/V DUSTIN DANOS;

32. Any exhibit attached to a deposition;

33. Any document identified through further discovery;

34. Any document obtained through subpoena responses or authorizations;

35. Any document listed by any other party; and

36. Any document needed for rebuttal or impeachment.

Defendants reserve the right to amend this Exhibit List as discovery is ongoing.

Respectfully submitted,

*/s/ Kyle A. Khoury*
Salvador J. Pusateri, T.A. (#21036)
Kyle A. Khoury (#33216)
Pusateri, Johnston, Guillot & Greenbaum
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com
**ATTORNEYS FOR REC MARINE LOGISTICS, LLC AND OFFSHORE TRANSPORT SERVICES, LLC**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 7th day of December, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

*/s/    Kyle A. Khoury*